JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARIA ROSENGREN, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>SF MARKETS, LLC,<br><br>        Defendant. | CV 22-848-RSWL-PDx<br><br>**JUDGMENT** |
|---|---|

**WHEREAS**, on March 13, 2023, this Court **GRANTED** Defendant SF Markets, LLC's ("Defendant") Motion for Summary Judgment [18] against Plaintiff Maria Rosengren ("Plaintiff") as to her general negligence, premises liability, and negligent infliction of emotional distress claims,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED,** upon the findings of the Court, that Judgment is entered in favor of Defendant and against Plaintiff, in accordance with this Court's previous Order granting Defendant's

1

Motion for Summary Judgment [28].  As the general negligence, premises liability, and negligent infliction of emotional distress claims have been dismissed, the Court **DISMISSES** Defendant from this Action.

As no defendants or claims remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: March 13, 2023         /s/Ronald S.W. Lew\_\_\_
                              **HONORABLE RONALD S.W. LEW**
                              Senior U.S. District Judge